# FIRST DISTRICT COURT OF APPEAL
## STATE OF FLORIDA
_____

No. 1D2024-0601
_____

CHRISTIAN BORGWALD,

    Appellant,

    v.

STATE OF FLORIDA,

    Appellee.

_____


On appeal from the Circuit Court for Escambia County.
Jennie M. Kinsey, Judge.


May 21, 2025

PER CURIAM.

    AFFIRMED. The Court warns Appellant that any future filings that this Court determines to be frivolous may result in the imposition of sanctions, including a prohibition against any further pro se filings in this Court and a referral to the appropriate institution for disciplinary procedures. *See* § 944.279, Fla. Stat. (2024).

ROWE, RAY, and WINOKUR, JJ., concur.

_____

***Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.***

_____

Christian Borgwald, pro se, Appellant.

James Uthmeier, Attorney General, Tallahassee, for Appellee.